1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7298
       Facsimile: (415) 436-6748
7      Elizabeth.Kurlan@usdoj.gov

   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAN LINARES BARRERA *et al.*, | Case No. 3:25-cv-02145 LJC |
| Plaintiffs, | |
| v. | **STIPULATION TO STAY PROCEEDINGS;** ~~[PROPOSED]~~ **ORDER** |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*, | |
| Defendants. | |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until November 6, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1. Plaintiffs filed this action seeking adjudication of their Forms I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for July 9, 2025. USCIS will work diligently towards completing adjudication of the Forms I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2. Plaintiffs agree to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiffs agree that failure to timely submit this

1  evidence may result in the rescheduling of the interview at no fault of USCIS.

2      3.    If needed by Plaintiffs or their dependent(s), Plaintiffs shall bring their own interpreter to
3  their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-
4  provide-interpreters-starting-sept-13.  Plaintiffs recognize that failure to bring an interpreter to their
5  interview may result in the interview being rescheduled at no fault of USCIS.

6      4.    Upon receipt of the Asylum Office's decision, Plaintiffs agree to voluntarily dismiss the
7  case.

8      5.    The parties agree to bear their own litigation costs and attorney fees.

9  Accordingly, the parties stipulate and request that the proceedings in this case be stayed until
10 November 6, 2025, at which time the parties will file a joint status report with the Court. At that time,
11 the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
12 appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
13 case will benefit the parties and conserve the Court's resources while the parties pursue a potential
14 administrative resolution.

15 Dated: May 12, 2025                                        Respectfully submitted,[1]

16                                                               PATRICK D. ROBBINS
17                                                                Acting United States Attorney

18                                                                */s/ Elizabeth D. Kurlan*
                                                               ELIZABETH D. KURLAN
19                                                               Assistant United States Attorney
                                                              Attorneys for Defendants

20
21
22
23
24
25
26
27 [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.
28

Stipulation to Stay
C 3:25-cv-02145 LJC                           2

Dated: May 12, 2025

*/s/ Josh F. Sigal*
JOSH F. SIGAL
Mendelson Law Firm
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 13, 2025

LISA J. CISNEROS
United States Magistrate Judge